Order entered November 19, 2018



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01331-CV

## IN THE INTEREST OF Y.T.L. AND Y.J.L., MINORS

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19785**

## ORDER

This appeal follows the trial court's October 24, 2018 order terminating parental rights and granting adoption nunc pro tunc. It was filed by the minor children pro se and seemingly belatedly challenges the original order terminating parental rights and granting adoption which was signed October 27, 2015.

As reflected in the clerk's record, the petition for termination and adoption was filed by a non-relative in 2013, and Lori Hayward was appointed by the trial court as amicus attorney for the children. No appeal appears to have been taken from the original order, and the record does not reflect what led to the October 24th nunc pro tunc order.

Texas Family Code section 107.021 provides that a trial court must appoint an amicus attorney or attorney ad litem in a suit requesting termination of the parent-child relationship that is not filed by a governmental entity unless the court finds the child's interests will be represented adequately by a party to the suit whose interests are not in conflict with the child's

interests. *See* TEX. FAM. CODE ANN. § 107.021. Accordingly, we **ORDER the trial court to conduct a hearing, no later than December 4, 2018**, to determine first whether any party to the appeal can adequately, and without conflict, represent the children's interests. If the trial court determines no party can adequately and without conflict represent the children's interests, the trial court should then determine whether to appoint an attorney ad litem or an amicus attorney. In making its determinations, the trial court shall take into consideration the children's objectives in filing the appeal and the jurisdictional and technical requirements of an appeal. The trial court shall make written findings and shall have those **findings, along with any order of appointment, filed in a supplemental clerk's record no later than December 7, 2018.** The **reporter's record of the hearing shall also be filed no later than December 7, 2018.** Notice of the hearing shall be sent to the parties, including the children, and Ms. Hayward.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Glenda Finkley, Official Court Reporter for the 256th Judicial District Court; the parties, including the children; and, Ms. Hayward.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated no later than December 10, 2018.


                                        /s/     CAROLYN WRIGHT
                                                CHIEF JUSTICE